UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JANET ROWLANDS,<br><br>              Plaintiff,<br><br>       v.<br><br>ANTHEM LIFE INSURANCE COMPANY;<br>and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 2:25-cv-03346-TLN-AC<br><br>**ORDER GRANTING STIPULATION TO STAY CASE PENDING LONG TERM DISABILITY ADMINISTRATIVE PROCESS**<br><br>Judge:    Hon. Troy L. Nunley |

The Court, having reviewed the parties' Stipulation to Stay Case Pending Long Term Disability Administrative Process, and finding good cause therefor, hereby GRANTS the Stipulation and Orders as follows:

1.      This action is stayed to allow Plaintiff time to prepare and submit her LTD claim and allow Anthem Life Insurance Company ("ALIC") / Standard Insurance Company ("Standard") to conduct its claim investigation and begin the LTD administrative process.  If LTD benefits are denied, Plaintiff will submit an appeal to ALIC / Standard, and ALIC / Standard will conduct an appeal review and render a decision pursuant to ERISA;

2.      ALIC / Standard's LTD claim administration will begin upon Plaintiff's submission of her claim to ALIC / Standard;

3.      Once ALIC / Standard completes the LTD administrative process, including reaching a decision on the LTD claim and, if necessary, on appeal, the parties will promptly notify the Court

as to the result and will provide a proposal for next steps; and

4.    If the LTD claim administration is not completed by September 25, 2026, the parties will provide the Court with a joint status report explaining the status of the claim administration, and, if possible, the expected completion date.

**IT IS SO ORDERED.**

Dated:  March 12, 2026

_____
Troy L. Nunley
Chief United States District Judge

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Orange County

2

Case No. 2:25-cv-03346-TLN-AC
ORDER GRANTING STIPULATION TO STAY
THE CASE